■ In the Matter of GAMALIEL DOMINGUEZ, Respondent, v CLARA MONTALBANO, Appellant. In the Matter of CLARA MONTALBANO, Appellant, v GAMALIEL DOMINGUEZ, Respondent. [26 NYS3d 900]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered August 29, 2014 in a proceeding pursuant to Family Court Act article 4. The order, among other things, denied and dismissed Carla Montalbano's written objections to an order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Carni, J.P., Lindley, DeJoseph, Nemoyer and Troutman, JJ.